# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**AMERICAN INTERNATIONAL LIFE
ASSURANCE COMPANY OF NEW YORK,**

        Plaintiff,

    V.                                CASE NUMBER: **05-C-524**

**DEBRA A. EDWARDS,
SHARLOTTE G. EDWARDS,
PARADISE MEMORIAL FUNERAL HOME,
HOUSE OF BRANCH FUNERAL HOME, and
MARLAINA DUNCAN, on behalf of ISIAIH DUNCAN,**

        Defendants,

    and

**DENISE GUERRERO on behalf of DE'ANGELO EDWARDS,**

        Claimant.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the motion of defendants Paradise Memorial Funeral Home and House of Branch Funeral Home for Disbursement of Funds is GRANTED.**

**The Clerk of Court shall disburse the funds from the Court registry as follows:**

(1) **$1,554.00 plus interest accrued from August 10, 2005 is awarded to Paradise Memorial Funeral Home;**

(2) **$5,446.00 plus interest from August 10, 2005 is awarded to House of Branch Funeral Home;**

(3) **$652.82 plus interest accrued from August 10, 2005 is awarded to Debra A. Edwards;**

(4) **$22,958.47 plus interest accrued from August 10, 2005 is awarded to Marlaina Duncan on behalf of Isiaih Duncan.**

**This action is hereby DISMISSED WITH PREJUDICE.**

| | |
|---|---|
| **September 1, 2006** | **SOFRON B. NEDILSKY** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |

*APPROVED AS TO FORM:*

*s/ Rudolph T. Randa*
*Hon. Rudolph T. Randa*
*Chief Judge*

*September 1, 2006*
*Date*